No. 24-12482

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

---

GREAT BOWERY INC.,

Plaintiff-Appellant,

v.

CONSEQUENCE SOUND LLC, and
CONSEQUENCE MEDIA GROUP INC.,

Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

DEFENDANT-APPELLEES'
CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT

> C. CORY MAURO
>   *Florida Bar No. 384739*
>   *MAURO LAW P.A.*
>   *1001 Yamato Road, Suite 401*
>   *Boca Raton, Florida 33431*
>   *(t) 561.202.1992*
>   *(e) cory@maurolawfirm.com*
>   *(e) paralegal@maurolawfirm.com*
>
> ANDERSON J. DUFF
>   *DUFF LAW PLLC*
>   *353 Ocean Ave. Ste. 4E*
>   *Brooklyn, New York 11226*
>   *(t) 646.450.3607*
>   *(e) ajd@hoganduff.com*

1

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, counsel for Consequence Media LLC and Consequence Media Group Inc. certifies in addition to those persons identified in Plaintiff-Appellant's certificate of interested persons the following may have an interest in the outcome of this case:

1. Doniger / Burroughs
2. Duff Law PLLC
3. Higbee & Associates
4. Higbee, Melissa Ann
5. Mauro Law P.A.
6. Murray, Taryn R.
7. Reinhart, Hon. Bruce E., U.S. Magistrate Judge

Defendanst-Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Date: September 11, 2024                    Respectfully submitted,

                                            By:   */s/ Cory Mauro*
                                                  C. Cory Mauro
                                                  Florida Bar No. 384739
                                                  MAURO LAW P.A.
                                                  1001 Yamato Road, Suite 401

Boca Raton, Florida 33431
(t) 561.202.1992
(e) cory@maurolawfirm.com
(e) service@maurolawfirm.com

Anderson J. Duff
DUFF LAW PLLC
353 Ocean Ave. Ste. 4E
Brooklyn, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

*Attorneys for Defendants-Appellees Consequence Sound LLC and Consequence Media Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on September 11, 2024. Participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

| | | | |
|---|---|---|---|
| Dated: | September 11, 2024 | By: | */s/ Cory Mauro* |
| | | | C. Cory Mauro |