U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)

GREAT BOWERY, INC.   *vs.*   CONSEQUENCE OF SOUND, LLC, et. al.   Appeal No. 24-12482

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Anderson J. Duff - (Attorney for Defendant-Appellee Consequence Sound LLC)

Annie Leibovitz - (Photographer whose work is subject of license)

C. Cory Mauro - (Attorney for Defendants-Appellees Consequence Media Group Inc. / Consequence Sound LLC)

Consequence Media Group - (Defendant-Appellee)

Consequence Sound LLC - (Defendant-Appellee)

Great Bowery, Inc. - (Plaintiff-Appellant)

Robin L. Rosenberg, Judge - (United States District Court Judge)

Scott Alan Burroughs (Attorney for Plaintiff-Appellant)

Submitted by:

Signature: /s/ Scott Alan Burroughs
Name: Scott Alan Burroughs, Esq.       Prisoner # (if applicable): _____
Address: 247 Water Street, First Floor, New York, New York, 10038
Telephone #: (310) 590-1820

Rev.: 2/23