# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 18, 2024

Scott Burroughs
Doniger / Burroughs
247 WATER ST FL 1
First Floor
NEW YORK, NY 10038

Appeal Number: 24-12482-AA
Case Style: Great Bowery Inc. v. Consequence Sound LLC, et al
District Court Docket No: 9:23-cv-80488-RLR

The brief you filed in the referenced appeal is deficient for the reason(s) set forth below.

The brief does not contain a Certificate of Interested Persons and Corporate Disclosure Statement in compliance with court rules.

Your brief has been conditionally filed, subject to receipt of four (4) copies of the item(s) noted above within **FOURTEEN (14) DAYS** from this date. The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of corrected copies. See 11th Cir. R. 32-3.

If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

If appellee fails to timely file the required item(s), appellee will not be heard at oral argument unless otherwise ordered by the court. See FRAP 31(c), 11th Cir. R. 42-3(f).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8A Pro Se brief deficiency ltr