In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 24-12482

---

GREAT BOWERY INC.,
a.k.a. Truck Archive,

*Plaintiff-Appellant,*

*versus*

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP INC.,
DOES 1 THROUGH 10, INCLUSIVE,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cv-80488-RLR

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 5, 2026

For the Court: DAVID J. SMITH, Clerk of Court